Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Justin M. Gomes (SBN 301793)
jgomes@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br>a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-06993-SVK<br>*Hon. Susan van Keulen Presiding*<br><br>**NOTICE OF DISMISSAL OF ACTION** |

1

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT Plaintiff hereby dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i).

Respectfully submitted,

Dated: November 10, 2020        By:   /s/ *Scott Alan Burroughs*
                                      Scott Alan Burroughs, Esq.
                                      Justin M. Gomes, Esq.
                                      DONIGER /BURROUGHS
                                      Attorneys for Plaintiff